EDWARD W. HODGES v. EUGENE H. HODGES'S ESTATE.

February Term, 1916.

Present: MUNSON, C. J., WATSON, HASELTON, POWERS, AND TAYLOR, JJ.

Opinion filed May 6, 1916.

*Probate Courts—Action of Account—Jurisdiction—Appellate Jurisdiction of County Courts—No. 86, Acts 1915.*

APPEAL from a decision of the probate court disallowing the claim of plaintiff presented to the commissioners on Eugene H. Hodges's estate. Rutland County, March Term, 1915, *Waterman*, J., presiding. Declaration, account. Appeal dismissed on motion of defendant. Plaintiff excepted. This case is controlled by the disposition of the one just preceding.

*Walter S. Fenton* for the plaintiff.

*Marvelle C. Webber* for the defendant.

WATSON, J.    This case involves the same question on a motion to dismiss the appeal, as is determined in *Fenton, Admr., of the Estate of Maria H. Hodges* v. *The Estate of Eugene H. Hodges, Malina S. Hodges, Executrix*, 90 Vt. 214, 97 Atl. 676. The claim is against the same estate, and in favor of the third tenant in common named in, but not a party to, that case. The declaration filed in the probate court in taking the appeal, is essentially like the declaration in the other case: it is in account, names the same three tenants in common as having distinct, equal, undivided interests, and describes the same common property, real and personal. It follows that the decision there is controlling here.

*Judgment affirmed.   To be certified to the probate court*